1  RAVI T. NARAYAN (CABN 331858)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  RAVI T. NARAYAN (CABN 331858)
   Acting Chief, Criminal Division
4
   LORINDA LARYEA (DCBN 997696)
5  Acting Chief, Fraud Section

6  JACOB FOSTER (CABN 250785)
   Principal Assistant Chief
7  RAYMOND E. BECKERING III (MIBN P45800)
   Trial Attorney
8  Fraud Section, Criminal Division

9  KRISTINA GREEN (NYBN 5226204)
   Assistant United States Attorney
10
        450 Golden Gate Avenue, Box 36055
11      San Francisco, California 94102-3495
        Telephone: (415) 436-7200
12      FAX: (415) 436-7234
        Kristina.Green@usdoj.gov
13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18

19

20  UNITED STATES OF AMERICA,         ) NO. 24-CR-0082
                                      )
21          Plaintiff,                )
                                      ) UNITED STATES' MOTION FOR LEAVE TO
22     v.                             ) DISMISS FELONY INFORMATION UPON
                                      ) DEATH OF DEFENDANT AND [PROPOSED]
    KATRINA PRATCHER,                 ) ORDER.
23                                    )
            Defendant.                )
24                                    )
                                      )
25

26      The United States of America respectfully moves, pursuant to Rule 48(a) of the Federal Rules

27  of Criminal Procedure, for leave of the Court to dismiss the Information filed in this matter.  The

28  government was informed of Ms. Pratcher's passing and has received supporting documentation

                                           1

including a certified copy of a Certificate of Death from the Department of Public Health for the County of Los Angeles confirming Ms. Pratcher's passing on November 6, 2024.  Ms. Pratcher was charged and convicted in this matter with one count of conspiracy under 18 U.S.C. § 371 and was pending sentencing.  The government respectfully moves the Court for leave to dismiss the Information.

DATED: April 10, 2025                Respectfully submitted

RAVI T. NARAYAN
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 51


_____/s/_____
RAVI T. NARAYAN
Acting Chief, Criminal Division


LORINDA LARYEA
Acting Chief, Fraud Section
U.S. Department of Justice

_____/s/_____
RAYMOND E. BECKERING III
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice

[~~PROPOSED~~] ORDER

Based upon the facts set forth in the United States' Motion to for Leave to Dismiss, and for good cause shown, IT IS HEREBY ORDERED that the Government's Motion is granted, and this matter is hereby dismissed.

SO ORDERED this __11th__ day of __April__ 2025.

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE